**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* ____________ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**The United Friends School**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**AKA United Friends School**
**FKA United Friends School of the Greater Lehigh Valley**

**3. Debtor's federal Employer Identification Number** (EIN)

**23-2312616**

**4. Debtor's address**

**Principal place of business**

**1018 W Broad Street**
**Quakertown, PA 18951-1226**
Number, Street, City, State & ZIP Code

**Bucks**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**https://www.unitedfriendsschool.org/**

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☒ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **The United Friends School** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2026**
MM / DD / YYYY

X **/s/ Andrea Myers**
Signature of authorized representative of debtor

**Andrea Myers**
Printed name

Title **Board Co-Chair**

---

**18. Signature of attorney**

X **/s/ Alexander Moretsky**
Signature of attorney for debtor

Date **August 14, 2026**
MM / DD / YYYY

**Alexander Moretsky**
Printed name

**Moretsky Law Firm**
Firm name

**2617 Huntingdon Pike**
**Huntingdon Valley, PA 19006**
Number, Street, City, State & ZIP Code

Contact phone **(215) 344-8343** Email address **amoretsky@moretskylaw.com**

**90849 PA**
Bar number and State

AA Property Holdings LLC
180 Lonely Road
Sellersville, PA 18960

Alexandra Aiken
1810 Snyder Road
Green Lane, PA 18054

Alyssa Bryan
627 Main Street
Pennsburg, PA 18073

Amy Afzal
180 Lonely Road
Sellersville, PA 18960-1322

Amy Mirisola
1233 Durham Road
Riegelsville, PA 18077

Anara Zhumabekova
147 South Main Street
Unit #2
Quakertown, PA 18951

Anthony DeGregorio
536 Whitford Circle
Telford, PA 18969

Anthony Rediger
1655 Fennel Road
Quakertown, PA 18951-2006

Artsiom Nnumolu
1201 Quakers Way
Quakertown, PA 18951

Ashley Stefanowski
70 C Fairview Ave
Perkasie, PA 18944

Bethany Schwendy
514 Lombard Street
Perkasie, PA 18944

Betty Cheung
224 Overlook Drive
Schwenksville, PA 19473

Brianna Mangiaruga
20 S 12th Street
Quakertown, PA 18951

Caitlin Kelly Curtin
39 Endslow Lane
Perkasie, PA 18944

Catherine Laboski
1142 Pheasant Run
Quakertown, PA 18951

Chloe Kane
12 S Vassar Drive
Quakertown, PA 18951

Christina Kraynak
143 West School Street
Hatfield, PA 19440

Christina Ramos
1142 Rosemont Terrace
Pennsburg, PA 18073

Christopher Fluck
210 Wassergrass Road
Hellertown, PA 18055-9715

Countrywide Enterprises, Inc.
1060 Kings Highway North
Cherry Hill, NJ 08034

Danielle Catlin
639 George Street
Pen Argyl, PA 18072

Daphne Naudascher
2210 Spinnerstown Road
Quakertown, PA 18951

David Sike
2065 Grant Road
Quakertown, PA 18951-4046

David Yates
760 Povenski Road
Quakertown, PA 18951

Delilah Maestri
1000 Runaway Drive
Pennsburg, PA 18073

Gillian Hustus
1175 Cambridge Road
Warminster, PA 18974

Indenero Inc.
440 N Barranca
Unit 4637
Covina, CA 91723

James Dunfee
316 Park Avenue
Quakertown, PA 18951-5100

Janira Torres
1008 Juniper Street
Quakertown, PA 18951

Jeanne Carroll
1008 Mayflower Drive
Quakertown, PA 18951

JES Enterprises Inc. ta/ Fast Signs
396 Schantz Road
Allentown, PA 18104

Jessica Boehrer
2032 Hidden Meadows Ave
Pennsburg, PA 18073

Jessica Cramp

Joanna K. Walker
221 Washington Court
Quakertown, PA 18951

Jon Bennett
224 Prairie Ct
Quakertown, PA 18951-2468

Jordan Berdougo
3069 Dorchester Street
Furlong, PA 18925

Josie McClure
542 Penny Lane
Perkasie, PA 18944

Kanisha Hans-Kurish
511 Union Street
Perkasie, PA 18944

Kathryn Albarelli
3032 Linden Street
Apt 310
Bethlehem, PA 18017

Katrina Stobbe
997 Erie Road
Apt E
Quakertown, PA 18951

Kelly Kringe
889 S Old Bethlehem Pike
Quakertown, PA 18951-2705

Kelly Sweeney
54 Live Oak Drive
Quakertown, PA 18951

Kevin Jenings II
6401 Schantz Road
Allentown, PA 18104

Kristen Correll
1001 Cedarbrook Lane
Pennsburg, PA 18073

Kristin Chapman

Kristin Cuccia
4927 Brookside Ct
Coopersburg, PA 18036

Laura Ware
2186 Miller Place
Hatfield, PA 19440

Leigh Siegfried
2590 Schukraft Road
Quakertown, PA 18951

Liz Scofield
1579 Merryweather Drive
Bethlehem, PA 18015

LM Wells Consulting LLC
3936 Forest Drive North
Doylestown, PA 18902

Marisa Mangiameli
210 Wassergrass Road
Hellertown, PA 18055

Melissa Eraso
29 Poplar Street
Unit D8
Hatfield, PA 19440

MEMIC
PO Box 9500
Lewiston, ME 04243-9500

MG Appearance Products
649 E. Green Street
Allentown, PA 18109

Nelnet Business Services
PO Box 30170
Omaha, NE 68103-1270

New Era Technology
901 S. Bolmar Street
Building 1, Suite G
West Chester, PA 19382

Nicole C. Fix
254 E Main Street
Kutztown, PA 19530

Nicole Eastham
5695 Tuscany Court
Coopersburg, PA 18036

Nicole Johanson
428 Creamery Road
Quakertown, PA 18951

Nobre Computer Services LLC
2945 Sycamore Road
Huntingdon Valley, PA 19006

Rachel Asaro McLaughlin
201 Pond View Ct
Quakertown, PA 18951

Rachel Burke
1469 Gruversville Road
Coopersburg, PA 18036

Roger Sternfeld
8828 Duveen Drive
Glenside, PA 19038

Sara Longwell
1115 Station Road
Palm, PA 18070

Sarah Yarovoy
735 Creamery Road
Quakertown, PA 18951

Sheena Mangicap
45 Trumbauersville Road
Quakertown, PA 18951

Shikha Sharma
375 Pullen Station Road
Quakertown, PA 18951

Shonne Jurin
143 Sunnyside Lane
Perkasie, PA 18944

Smantha Skelton
1620 Howarth Drive
Quakertown, PA 18951

Spitzer Consulting LLC
946 Regal Road
Berkeley, CA 94708

Stephanie Young
139 Cherry Street
East Greenville, PA 18041

Tammie Downing

UGI Utilities Inc.
PO Box 13009
Reading, PA 19612-3009

Vanessa Messina
1154 Dogwood Lane
Quakertown, PA 18951

Victoria Tribue
603 Hamilton Road
East Greenville, PA 18041

Waste Management of Pennsylvania Inc.
PO Box 43470
Phoenix, AZ 85080

Woody Lawn & Landscape
PO Box 825
Quakertown, PA 18951

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **The United Friends School** Debtor(s)

Case No. 
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The United Friends School** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**August 14, 2026**
Date

**/s/ Alexander Moretsky**
**Alexander Moretsky**
Signature of Attorney or Litigant
Counsel for **The United Friends School**

**Moretsky Law Firm**
**2617 Huntingdon Pike**
**Huntingdon Valley, PA 19006**
**(215) 344-8343 Fax:**
**amoretsky@moretskylaw.com**