**RESOLUTION OF THE BOARD OF DIRECTORS OF THE UNITED FRIENDS SCHOOL INC. AUTHORIZING THE FILING OF A PETITION IN BANKRUPTCY**

WHEREAS, the undersigned, being members (the "Members") of the Board of Directors (the "Board") of The United Friends School Inc. (the "Company"), do hereby consent in writing to the adoption of the following resolutions to the end that they shall be adopted as valid Company action as though such resolutions had been adopted at a formal meeting of all members;

WHEREAS, the Board has consulted with the Company's financial and legal advisors (collectively, the "Advisors") regarding the liabilities, obligations, and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's continued operations;

WHEREAS, the Board has determined that it is necessary, advisable and required, due to the Company's inability to pay its debts as they come due, to proceed to seek relief under Chapter 7 of the United States Bankruptcy Code;

WHEREAS, it is in the best interests of the Company and all creditors of the Company, and other interested parties, that the Company ceases operations and be liquidated pursuant to the United States Bankruptcy Code;

NOW, THEREFORE, it is RESOLVED, that the Company file a Petition for Relief pursuant to Chapter 7 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of Pennsylvania; and

FURTHER RESOLVED, that the Members of this Board, in their capacity as directors of the Board, be and each hereby is, authorized, directed, and empowered, to do all things and execute all documents necessary in order to complete its bankruptcy filing, including (i) to execute and verify the Chapter 7 Bankruptcy Petition and all documents ancillary thereto, and to cause such petition to be filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania, such petition to be filed at such time as a Member shall determine and to be in the form approved by the Member, with the execution thereof by any such Member being conclusive evidence of the approval thereof by the Members of the Board; (ii) to make or cause to be made prior to the execution thereof any modifications to the Chapter 7 Bankruptcy Petition or such ancillary documents that, in the judgment of the Members, may be necessary, appropriate, or desirable, and (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of the Members, may be necessary, appropriate, or desirable in connection with the foregoing; and

FURTHER RESOLVED, that any and all actions heretofore or hereafter taken by the Members in the name of and on behalf of the Company in furtherance of any or all of the foregoing resolutions, and all of the acts and transactions relating to matters contemplated by the foregoing resolutions, and all of the acts and transactions taken by the Members prior to the date of these resolutions that are within the authority conferred, which acts and transactions would have been

authorized and approved by the foregoing resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified in their entirety

IN WITNESS WHEREOF, the undersigned members of the Board of the Company have executed these resolutions as of the date hereof.

Dated: August 4, 2026

**BOARD OF DIRECTORS**

______________________________
Andrea Myers
*Member*

______________________________
Robert Wirtshafer
*Member*

______________________________
Terri Hamer
*Member*

______________________________
Melissa Carroll
*Member*

Emily French
Emily French
*Member*