***Form 130*** (3/23)−doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>The United Friends School<br>aka United Friends School<br>fka United Friends School of the Greater Lehigh Valley<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26−13423−pmm<br><br>Chapter: 7 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Schedule A/B Due 8/28/26
Schedule D Due 8/28/26
Schedule E/F Due 8/28/26
Schedule G Due 8/28/26
Schedule H Due 8/28/26
Statement of Attorney Compensation Due 8/28/26
Statement of Financial Affairs Due 8/28/26
Summary of Assets and Liabilities Due 8/28/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 17, 2026

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court