**Fill in this information to identify the case:**

Debtor name **Zenani Group LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **2:26-bk-13408**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Burns Construction Management, LLC** | **3 Westlakes Drive<br>3rd Floor<br>Berwyn, PA 19312** | **Peter Kada and Trish Hunt-Kada** | ☐ D<br>☒ E/F **3.2**<br>☐ G |
| 2.2 | **Burns Construction Services, LLC** | **26 Meredith Road<br>Phoenixville, PA 19460** | **Peter Kada and Trish Hunt-Kada** | ☐ D<br>☒ E/F **3.2**<br>☐ G |
| 2.3 | **Reliant Group of Companies LLC** | **1008 W 9th Avenue<br>King of Prussia, PA 19406** | **Comm. of PA Dept of Labor and Industry** | ☐ D<br>☒ E/F **2.1**<br>☐ G |
| 2.4 | **Reliant IT LLC** | **1008 W 9th Avenue<br>King of Prussia, PA 19406** | **Comm. of PA Dept of Labor and Industry** | ☐ D<br>☒ E/F **2.1**<br>☐ G |
| 2.5 | **Thomas Burns** | **851 Duportail Road<br>Wayne, PA 19087** | **Peter Kada and Trish Hunt-Kada** | ☐ D<br>☒ E/F **3.2**<br>☐ G |
| 2.6 | **Timothy Burns** | **851 Duportail Road<br>Wayne, PA 19087** | **Peter Kada and Trish Hunt-Kada** | ☐ D<br>☒ E/F **3.2**<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Zenani Group LLC** Case number *(if known)* **2:26-bk-13408**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | **Timothy Burns** | **851 Duportail Road**<br>**Wayne, PA 19087** | **Internal Revenue Service** | ☐ D<br>☒ E/F **2.2**<br>☐ G |
| 2.8 | **Timothy Burns** | **851 Duportail Road**<br>**Wayne, PA 19087** | **Comm. of PA Dept of Labor and Industry** | ☐ D<br>☒ E/F **2.1**<br>☐ G |
| 2.9 | **Zenani IT LLC** | **1008 W 9th Avenue**<br>**King of Prussia, PA 19406** | **Comm. of PA Dept of Labor and Industry** | ☐ D<br>☒ E/F **2.1**<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy