**Fill in this information to identify the case:**

Debtor name **The United Friends School**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **2:26-bk-13423**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alexandra Aiken**<br>**1810 Snyder Road**<br>**Green Lane, PA 18054**<br><br>Date or dates debt was incurred<br>**2025-2026**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Salary**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$1,931.25** | **$1,931.25** |
| 2.2 | Priority creditor's name and mailing address<br>**Alyssa Bryan**<br>**627 Main Street**<br>**Pennsburg, PA 18073**<br><br>Date or dates debt was incurred<br>**June 2026**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Tuition**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$1,400.00** | **$1,400.00** |
| 2.3 | Priority creditor's name and mailing address<br>**Amy Afzal**<br>**180 Lonely Road**<br>**Sellersville, PA 18960-1322**<br><br>Date or dates debt was incurred<br>**2026**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Tuition**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$4,364.00** | **$3,500.00** |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

2.4 Priority creditor's name and mailing address
**Amy Mirisola**
**1233 Durham Road**
**Riegelsville, PA 18077**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,432.00** **$2,432.00**

Date or dates debt was incurred **June 2026**
Basis for the claim: **Tuition**
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.5 Priority creditor's name and mailing address
**Anara Zhumabekova**
**147 South Main Street**
**Unit #2**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred **June 2026**
Basis for the claim: **Tuition**
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.6 Priority creditor's name and mailing address
**Anthony DeGregorio**
**536 Whitford Circle**
**Telford, PA 18969**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred **June 2026**
Basis for the claim: **Tuition**
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.7 Priority creditor's name and mailing address
**Anthony Rediger**
**1655 Fennel Road**
**Quakertown, PA 18951-2006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,432.00** **$2,432.00**

Date or dates debt was incurred **June 2026**
Basis for the claim: **Tuition**
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.8 Priority creditor's name and mailing address
**Artsiom Nnumolu**
**1201 Quakers Way**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,840.00** **$3,800.00**

Date or dates debt was incurred **June 2026**
Basis for the claim: **Tuition**
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

| | | | | |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address<br>**Ashley Stefanowski**<br>**70 C Fairview Ave**<br>**Perkasie, PA 18944** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$910.00** | **$910.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Bethany Schwendy**<br>**514 Lombard Street**<br>**Perkasie, PA 18944** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,022.86** | **$6,022.86** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.11 | Priority creditor's name and mailing address<br>**Betty Cheung**<br>**224 Overlook Drive**<br>**Schwenksville, PA 19473** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,177.50** | **$4,177.50** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Brianna Mangiaruga**<br>**20 S 12th Street**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,185.00** | **$1,185.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Caitlin Kelly Curtin**<br>**39 Endslow Lane**<br>**Perkasie, PA 18944** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,160.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

| | | | | |
|---|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>**Catherine Laboski**<br>**1142 Pheasant Run**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,034.50** | **$4,833.00** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.15 | Priority creditor's name and mailing address<br>**Chloe Kane**<br>**12 S Vassar Drive**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Christina Kraynak**<br>**143 West School Street**<br>**Hatfield, PA 19440** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,837.00** | **$2,837.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Christina Ramos**<br>**1142 Rosemont Terrace**<br>**Pennsburg, PA 18073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.00** | **$1,400.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Christopher Fluck**<br>**210 Wassergrass Road**<br>**Hellertown, PA 18055-9715** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**Danielle Catlin**<br>**639 George Street**<br>**Pen Argyl, PA 18072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>**Daphne Naudascher**<br>**2210 Spinnerstown Road**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,616.09** | **$4,616.09** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>**David Sike**<br>**2065 Grant Road**<br>**Quakertown, PA 18951-4046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,075.20** | **$1,075.20** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>**David Yates**<br>**760 Povenski Road**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.23 | Priority creditor's name and mailing address<br>**Delilah Maestri**<br>**1000 Runaway Drive**<br>**Pennsburg, PA 18073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,022.86** | **$6,022.86** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

| | | | | |
|---|---|---|---|---|
| 2.24 | Priority creditor's name and mailing address<br>**Gillian Hustus**<br>**1175 Cambridge Road**<br>**Warminster, PA 18974** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,625.33** | **$5,625.33** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>**Gillian Hustus**<br>**1175 Cambridge Road**<br>**Warminster, PA 18974** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,070.00** | **$1,070.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>**James Dunfee**<br>**316 Park Avenue**<br>**Quakertown, PA 18951-5100** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,364.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.27 | Priority creditor's name and mailing address<br>**Janira Torres**<br>**1008 Juniper Street**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,125.00** | **$1,125.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.28 | Priority creditor's name and mailing address<br>**Jeanne Carroll**<br>**1008 Mayflower Drive**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,683.11** | **$2,683.11** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

| | | | | |
|---|---|---|---|---|
| 2.29 | Priority creditor's name and mailing address<br>**Jessica Boehrer**<br>**2032 Hidden Meadows Ave**<br>**Pennsburg, PA 18073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.30 | Priority creditor's name and mailing address<br>**Jessica Cramp** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$285.00** | **$285.00** |
| | Date or dates debt was incurred<br>**2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.31 | Priority creditor's name and mailing address<br>**Joanna K. Walker**<br>**221 Washington Court**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,000.00** | **$6,000.00** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.32 | Priority creditor's name and mailing address<br>**Jon Bennett**<br>**224 Prairie Ct**<br>**Quakertown, PA 18951-2468** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.33 | Priority creditor's name and mailing address<br>**Josie McClure**<br>**542 Penny Lane**<br>**Perkasie, PA 18944** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,937.51** | **$5,937.51** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

2.34 Priority creditor's name and mailing address
**Kanisha Hans-Kurish**
**511 Union Street**
**Perkasie, PA 18944**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,870.00** **$1,870.00**

Date or dates debt was incurred
**June 2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.35 Priority creditor's name and mailing address
**Kathryn Albarelli**
**3032 Linden Street**
**Apt 310**
**Bethlehem, PA 18017**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,950.00** **$3,800.00**

Date or dates debt was incurred
**June 2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.36 Priority creditor's name and mailing address
**Katrina Stobbe**
**997 Erie Road**
**Apt E**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**June 2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.37 Priority creditor's name and mailing address
**Kelly Kringe**
**889 S Old Bethlehem Pike**
**Quakertown, PA 18951-2705**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,180.00** **$3,800.00**

Date or dates debt was incurred
**June 2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.38 Priority creditor's name and mailing address
**Kelly Sweeney**
**54 Live Oak Drive**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,150.00** **$1,150.00**

Date or dates debt was incurred
**June 2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

2.39 Priority creditor's name and mailing address
**Kevin Jenings II**
**6401 Schantz Road**
**Allentown, PA 18104**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$700.00** **$700.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.40 Priority creditor's name and mailing address
**Kristen Correll**
**1001 Cedarbrook Lane**
**Pennsburg, PA 18073**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,625.00** **$2,625.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.41 Priority creditor's name and mailing address
**Kristin Chapman**
**8066 Covered Bridge Road**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250.00** **$250.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.42 Priority creditor's name and mailing address
**Kristin Cuccia**
**4927 Brookside Ct**
**Coopersburg, PA 18036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.43 Priority creditor's name and mailing address
**Laura Ware**
**2186 Miller Place**
**Hatfield, PA 19440**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,364.00** **$3,800.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

| | | | | |
|---|---|---|---|---|
| 2.44 | Priority creditor's name and mailing address<br>**Leigh Siegfried**<br>**2590 Schukraft Road**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>**Liz Scofield**<br>**1579 Merryweather Drive**<br>**Bethlehem, PA 18015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,160.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>**Melissa Eraso**<br>**29 Poplar Street**<br>**Unit D8**<br>**Hatfield, PA 19440** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,050.00** | **$1,050.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.47 | Priority creditor's name and mailing address<br>**Nicole C. Fix**<br>**254 E Main Street**<br>**Kutztown, PA 19530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,949.98** | **$6,949.98** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.48 | Priority creditor's name and mailing address<br>**Nicole Eastham**<br>**5695 Tuscany Court**<br>**Coopersburg, PA 18036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,162.00** | **$1,162.00** |
| | Date or dates debt was incurred<br>**2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

2.49 Priority creditor's name and mailing address
**Nicole Johanson**
**428 Creamery Road**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,655.26** **$3,655.26**

Date or dates debt was incurred **2025-20226**

Basis for the claim: **Salary**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.50 Priority creditor's name and mailing address
**Rachel Asaro McLaughlin**
**201 Pond View Ct**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00** **$1,000.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.51 Priority creditor's name and mailing address
**Rachel Burke**
**1469 Gruversville Road**
**Coopersburg, PA 18036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,432.00** **$2,432.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.52 Priority creditor's name and mailing address
**Sara Longwell**
**1115 Station Road**
**Palm, PA 18070**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250.00** **$250.00**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

2.53 Priority creditor's name and mailing address
**Sarah Yarovoy**
**735 Creamery Road**
**Quakertown, PA 18951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,400.40** **$2,400.40**

Date or dates debt was incurred **June 2026**

Basis for the claim: **Tuition**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

| | | | | |
|---|---|---|---|---|
| 2.54 | Priority creditor's name and mailing address<br>**Sheena Mangicap**<br>**45 Trumbauersville Road**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,700.00** | **$1,700.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.55 | Priority creditor's name and mailing address<br>**Shikha Sharma**<br>**375 Pullen Station Road**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,970.00** | **$1,970.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.56 | Priority creditor's name and mailing address<br>**Shonne Jurin**<br>**143 Sunnyside Lane**<br>**Perkasie, PA 18944** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,171.50** | **$4,171.50** |
| | Date or dates debt was incurred<br>**2025-2026** | Basis for the claim:<br>**Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.57 | Priority creditor's name and mailing address<br>**Smantha Skelton**<br>**1620 Howarth Drive**<br>**Quakertown, PA 18951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.58 | Priority creditor's name and mailing address<br>**Stephanie Young**<br>**139 Cherry Street**<br>**East Greenville, PA 18041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,500.00** | **$3,800.00** |
| | Date or dates debt was incurred<br>**June 2026** | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

2.59 Priority creditor's name and mailing address
**Tammie Downing**
**16 Belmont Avenue**
**Apt. 7**
**Quakertown, PA 18951**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$570.00** **$570.00**

Date or dates debt was incurred
**2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.60 Priority creditor's name and mailing address
**Vanessa Messina**
**1154 Dogwood Lane**
**Quakertown, PA 18951**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00** **$500.00**

Date or dates debt was incurred
**June 2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.61 Priority creditor's name and mailing address
**Victoria Tribue**
**603 Hamilton Road**
**East Greenville, PA 18041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,051.50** **$2,051.50**

Date or dates debt was incurred
**June 2026**

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**AA Property Holdings LLC**
**180 Lonely Road**
**Sellersville, PA 18960**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,240.00**

**Date(s) debt was incurred** 4/24/2025

**Basis for the claim:** Commercial real estate lease

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.2 **Nonpriority creditor's name and mailing address**
**Countrywide Enterprises, Inc.**
**1060 Kings Highway North**
**Cherry Hill, NJ 08034**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$71.00**

**Date(s) debt was incurred** June 2026

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

3.3 **Nonpriority creditor's name and mailing address**
**Indenero Inc.**
**440 N Barranca**
**Unit 4637**
**Covina, CA 91723**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.4 **Nonpriority creditor's name and mailing address**
**JES Enterprises Inc. ta/ Fast Signs**
**396 Schantz Road**
**Allentown, PA 18104**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,115.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Printing services
Is the claim subject to offset? ☒ No ☐ Yes

---

3.5 **Nonpriority creditor's name and mailing address**
**Jordan Berdougo**
**3069 Dorchester Street**
**Furlong, PA 18925**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$255.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.6 **Nonpriority creditor's name and mailing address**
**LM Wells Consulting LLC**
**3936 Forest Drive North**
**Doylestown, PA 18902**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.7 **Nonpriority creditor's name and mailing address**
**Marisa Mangiameli**
**210 Wassergrass Road**
**Hellertown, PA 18055**
**Date(s) debt was incurred** June 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$913.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.8 **Nonpriority creditor's name and mailing address**
**MEMIC**
**PO Box 9500**
**Lewiston, ME 04243-9500**
**Date(s) debt was incurred** June 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$340.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Tuition
Is the claim subject to offset? ☒ No ☐ Yes

---

3.9 **Nonpriority creditor's name and mailing address**
**MG Appearance Products**
**649 E. Green Street**
**Allentown, PA 18109**
**Date(s) debt was incurred** June 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$68.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---

3.10 **Nonpriority creditor's name and mailing address**
**Nelnet Business Services**
**PO Box 30170**
**Omaha, NE 68103-1270**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$182.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**

3.11 **Nonpriority creditor's name and mailing address**
**New Era Technology**
**901 S. Bolmar Street**
**Building 1, Suite G**
**West Chester, PA 19382**
**Date(s) debt was incurred** June 2026
**Last 4 digits of account number** DSSC

**As of the petition filing date, the claim is:** *Check all that apply.* **$718.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Alarm monitoring
Is the claim subject to offset? ☒ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Nobre Computer Services LLC**
**2945 Sycamore Road**
**Huntingdon Valley, PA 19006**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$439.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Roger Sternfeld**
**8828 Duveen Drive**
**Glenside, PA 19038**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** loan
Is the claim subject to offset? ☒ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Spitzer Consulting LLC**
**946 Regal Road**
**Berkeley, CA 94708**
**Date(s) debt was incurred** May 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,725.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**UGI Utilities Inc.**
**PO Box 13009**
**Reading, PA 19612-3009**
**Date(s) debt was incurred** June 2026
**Last 4 digits of account number** 4494

**As of the petition filing date, the claim is:** *Check all that apply.* **$36.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility service
Is the claim subject to offset? ☒ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Waste Management of Pennsylvania Inc.**
**PO Box 43470**
**Phoenix, AZ 85080**
**Date(s) debt was incurred** June 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,192.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waste disposal services
Is the claim subject to offset? ☒ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Woody Lawn & Landscape**
**PO Box 825**
**Quakertown, PA 18951**
**Date(s) debt was incurred** June 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$655.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** lawn and landscape services
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **The United Friends School** Case number (if known) **2:26-bk-13423**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **177,541.85** |
| **5b. Total claims from Part 2** | 5b. | + | $ **46,614.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **224,155.85** |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy