**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **THE UNITED FRIENDS SCHOOL a/k/a UNITED FRIENDS SCHOOL f/k/a UNITED FRIENDS SCHOOL OF THE GREATER LEHIGH VALLEY** | : | **BANKRUPTCY NO. 26-13423 (PMM)** |
| **Debtor** | : | |

**ORDER**

**AND NOW**, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

**ORDERED**, that Karalis PC is appointed as counsel to the Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

Dated: 9/3/26

Patricia M. Mayer

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE