United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-13423-pmm
The United Friends School Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 14, 2026 Form ID: 139 Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | The United Friends School, 1018 W Broad Street, Quakertown, PA 18951-1226 |
| sp | + | KARALIS PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |
| 15175453 | + | AA Property Holdings LLC, 180 Lonely Road, Sellersville, PA 18960-1322 |
| 15175454 | #+ | Alexandra Aiken, 1810 Snyder Road, Green Lane, PA 18054-9555 |
| 15175455 | + | Alyssa Bryan, 627 Main Street, Pennsburg, PA 18073-1505 |
| 15175456 | | Amy Afzal, 180 Lonely Road, Sellersville, PA 18960-1322 |
| 15175457 | + | Amy Mirisola, 1233 Durham Road, Riegelsville, PA 18077-7213 |
| 15175458 | + | Anara Zhumabekova, 147 South Main Street, Unit #2, Quakertown, PA 18951-1119 |
| 15175459 | #+ | Anthony DeGregorio, 536 Whitford Circle, Telford, PA 18969-2503 |
| 15175460 | | Anthony Rediger, 1655 Fennel Road, Quakertown, PA 18951-2006 |
| 15175461 | + | Artsiom Nnumolu, 1201 Quakers Way, Quakertown, PA 18951-2783 |
| 15175462 | + | Ashley Stefanowski, 70 C Fairview Ave, Perkasie, PA 18944-1619 |
| 15175463 | + | Bethany Schwendy, 514 Lombard Street, Perkasie, PA 18944-1275 |
| 15175464 | + | Betty Cheung, 224 Overlook Drive, Schwenksville, PA 19473-2302 |
| 15175465 | + | Brianna Mangiaruga, 20 S 12th Street, Quakertown, PA 18951-1214 |
| 15175466 | + | Caitlin Kelly Curtin, 39 Endslow Lane, Perkasie, PA 18944-2631 |
| 15175467 | + | Catherine Laboski, 1142 Pheasant Run, Quakertown, PA 18951-2825 |
| 15175468 | + | Chloe Kane, 12 S Vassar Drive, Quakertown, PA 18951-3702 |
| 15175469 | + | Christina Kraynak, 143 West School Street, Hatfield, PA 19440-2935 |
| 15175470 | + | Christina Ramos, 1142 Rosemont Terrace, Pennsburg, PA 18073-1138 |
| 15175471 | | Christopher Fluck, 210 Wassergrass Road, Hellertown, PA 18055-9715 |
| 15175472 | #+ | Countrywide Enterprises, Inc., 1060 Kings Highway North, Cherry Hill, NJ 08034-1910 |
| 15175473 | + | Danielle Catlin, 639 George Street, Pen Argyl, PA 18072-1713 |
| 15175474 | + | Daphne Naudascher, 2210 Spinnerstown Road, Quakertown, PA 18951-3803 |
| 15175475 | | David Sike, 2065 Grant Road, Quakertown, PA 18951-4046 |
| 15175476 | + | David Yates, 760 Povenski Road, Quakertown, PA 18951-1861 |
| 15175477 | + | Delilah Maestri, 1000 Runaway Drive, Pennsburg, PA 18073-1649 |
| 15175478 | + | Gillian Hustus, 1175 Cambridge Road, Warminster, PA 18974-3909 |
| 15175479 | + | Indenero Inc., 440 N Barranca, Unit 4637, Covina, CA 91723-1722 |
| 15175483 | + | JES Enterprises Inc. ta/ Fast Signs, 396 Schantz Road, Allentown, PA 18104-9491 |
| 15175480 | | James Dunfee, 316 Park Avenue, Quakertown, PA 18951-5100 |
| 15175481 | + | Janira Torres, 1008 Juniper Street, Quakertown, PA 18951-1516 |
| 15175482 | + | Jeanne Carroll, 1008 Mayflower Drive, Quakertown, PA 18951-2623 |
| 15175484 | + | Jessica Boehrer, 2032 Hidden Meadows Ave, Pennsburg, PA 18073-1285 |
| 15175486 | + | Joanna K. Walker, 221 Washington Court, Quakertown, PA 18951-1422 |
| 15175487 | | Jon Bennett, 224 Prairie Ct, Quakertown, PA 18951-2468 |
| 15175488 | + | Jordan Berdougo, 3069 Dorchester Street, Furlong, PA 18925-1555 |
| 15175489 | + | Josie McClure, 542 Penny Lane, Perkasie, PA 18944-1588 |
| 15175490 | + | Kanisha Hans-Kurish, 511 Union Street, Perkasie, PA 18944-1279 |
| 15175491 | + | Kathryn Albarelli, 3032 Linden Street, Apt 310, Bethlehem, PA 18017-3241 |
| 15175492 | | Katrina Stobbe, 997 Erie Road, Apt E, Quakertown, PA 18951 |
| 15175493 | | Kelly Kringe, 889 S Old Bethlehem Pike, Quakertown, PA 18951-2705 |

| | | |
|---|---|---|
| 15175494 | + | Kelly Sweeney, 54 Live Oak Drive, Quakertown, PA 18951-1065 |
| 15175495 | + | Kevin Jenings II, 6401 Schantz Road, Allentown, PA 18104-9568 |
| 15175496 | + | Kristen Correll, 1001 Cedarbrook Lane, Pennsburg, PA 18073-1242 |
| 15175498 | + | Kristin Cuccia, 4927 Brookside Ct, Coopersburg, PA 18036-8744 |
| 15175502 | + | LM Wells Consulting LLC, 3936 Forest Drive North, Doylestown, PA 18902-5463 |
| 15175499 | + | Laura Ware, 2186 Miller Place, Hatfield, PA 19440-2732 |
| 15175500 | + | Leigh Siegfried, 2590 Schukraft Road, Quakertown, PA 18951-3105 |
| 15175501 | + | Liz Scofield, 1579 Merryweather Drive, Bethlehem, PA 18015-5248 |
| 15175506 | + | MG Appearance Products, 649 E. Green Street, Allentown, PA 18109-1821 |
| 15175503 | + | Marisa Mangiameli, 210 Wassergrass Road, Hellertown, PA 18055-9715 |
| 15175507 | | Nelnet Business Services, PO Box 30170, Omaha, NE 68103-1270 |
| 15175508 | + | New Era Technology, 901 S. Bolmar Street, Building 1, Suite G, West Chester, PA 19382-4550 |
| 15175509 | + | Nicole C. Fix, 254 E Main Street, Kutztown, PA 19530-1517 |
| 15175510 | + | Nicole Eastham, 5695 Tuscany Court, Coopersburg, PA 18036-1850 |
| 15175511 | + | Nicole Johanson, 428 Creamery Road, Quakertown, PA 18951-5512 |
| 15175512 | + | Nobre Computer Services LLC, 2945 Sycamore Road, Huntingdon Valley, PA 19006-4811 |
| 15175513 | + | Rachel Asaro McLaughlin, 201 Pond View Ct, Quakertown, PA 18951-3126 |
| 15175514 | + | Rachel Burke, 1469 Gruversville Road, Coopersburg, PA 18036-9623 |
| 15175515 | + | Roger Sternfeld, 8828 Duveen Drive, Glenside, PA 19038-7462 |
| 15175516 | + | Sara Longwell, 1115 Station Road, Palm, PA 18070-1004 |
| 15175517 | + | Sarah Yarovoy, 735 Creamery Road, Quakertown, PA 18951-5438 |
| 15175518 | + | Sheena Mangicap, 45 Trumbauersville Road, Quakertown, PA 18951-2603 |
| 15175519 | + | Shikha Sharma, 375 Pullen Station Road, Quakertown, PA 18951-2904 |
| 15175520 | + | Shonne Jurin, 143 Sunnyside Lane, Perkasie, PA 18944-2395 |
| 15175521 | + | Smantha Skelton, 1620 Howarth Drive, Quakertown, PA 18951-6010 |
| 15175522 | + | Spitzer Consulting LLC, 946 Regal Road, Berkeley, CA 94708-1429 |
| 15175523 | + | Stephanie Young, 139 Cherry Street, East Greenville, PA 18041-1614 |
| 15175526 | + | Vanessa Messina, 1154 Dogwood Lane, Quakertown, PA 18951-5926 |
| 15175527 | + | Victoria Tribue, 603 Hamilton Road, East Greenville, PA 18041-1722 |
| 15175528 | + | Waste Management of Pennsylvania Inc., PO Box 43470, Phoenix, AZ 85080-3470 |
| 15175529 | + | Woody Lawn & Landscape, PO Box 825, Quakertown, PA 18951-0825 |

TOTAL: 73

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 15 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Sep 15 2026 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15175505 | Email/Text: Collections@memic.com | Sep 15 2026 00:34:00 | MEMIC, PO Box 9500, Lewiston, ME 04243-9500 |
| 15176126 | Email/Text: Bankruptcy@staples.com | Sep 15 2026 00:34:00 | Staples, Inc., Staples / Shane Anderson, PO Box 102419, Columbia, SC 29224 |
| 15175525 | Email/Text: bkrcy@ugi.com | Sep 15 2026 00:34:00 | UGI Utilities Inc., PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15175485 | | Jessica Cramp |
| 15175497 | | Kristin Chapman |
| 15175524 | | Tammie Downing |
| 15175504 | ##+ | Melissa Eraso, 29 Poplar Street, Unit D8, Hatfield, PA 19440-2519 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDER MORETSKY | on behalf of Debtor The United Friends School amoretsky@moretskylaw.com g18782@notify.cincompass.com;moretsky.alexanderb130347@notify.bestcase.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: The United Friends School
1018 W Broad Street
Quakertown, PA 18951−1226

Debtor(s)

Case No: 26−13423−pmm

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
23−2312616

## *NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS*

***NOTICE IS GIVEN THAT:***

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

***Date:*** 12/14/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Mohung Wong
Clerk of Court

**Date:** September 14, 2026

28
Form 139